# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144818

GOPA SINHA DESAI,
        Plaintiff,

v

EDEN J. ALLYN,
        Appellant,

and

JIGNESH DESAI,
        Defendant-Appellee.

SC: 144818
COA: 300330
Washtenaw CC: 10-000965-DM

_____/

      On order of the Court, the application for leave to appeal the December 8, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE, in part, the judgment of the Court of Appeals. The Washtenaw Circuit Court's sanction award included $342 incurred on April 14, 2010, for services that were not incurred in connection with the plaintiff's complaint for divorce. That amount must be subtracted from the $10,044.25 for which the appellant and the plaintiff are jointly and severally liable to the defendant. The sanction award is $9,702.25. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2013

_____
Clerk

p0130